# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATTORNEYS AT LAW
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

January 31, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/1/2022

<u>VIA ECF</u>
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Courtroom: 435
40 Foley Square
New York, NY 10007

    Re:    *Carlos Garcia et al. v. PG Hospitality Inc. et al.*
           SDNY Case No.: 1:21-cv-7968
           Our File:      420-21435

**MEMO ENDORSED**

Dear Honorable Judge Carter, Jr.:

    We represent Defendants *PG Hospitality Inc. d/b/a Mocha Burger UES, Pita Grill NYC Corp. d/b/a Pita Grill and Ofer Biton* in the above-referenced matter. The Parties submit this correspondence jointly to inform the Court they plan to file a stipulation discontinuing this matter. The Parties respectfully request a stay of these proceedings of at least thirty (30) days from the date of this correspondence in anticipation of said filing.

    We remain available should Your Honor require any additional information concerning this request.

    We thank the Court for its time and consideration.

Respectfully submitted,

Elizabeth R. Gorman

Application granted. Case stayed until March 3, 2022. On or before March 3, 2022, the parties shall file the stipulation of dismissal or file a joint status report.

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2/1/22

ERG/MAD/kd