# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | | |
|---|---|---|
| 30-97 Steinway Street.<br>Suite 301-A<br>Astoria, NY 11103 | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: ___3/3/2022___ | Telephone: (347) 687-2019<br>cmulhollandesq@gmail.com |



March 2nd, 2022

Honorable Andrew L. Carter, Jr.
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Garcia et al v. PG Hospitality Inc. et al., 21-cv-7968

Your Honor,

This case arises under the FLSA and thus requires fairness review upon settlement. The parties have reached the principal terms of a settlement agreement at the mediation session. There is a draft long form agreement in circulation that the Plaintiffs would respectfully request an additional thirty (30) days to finalize and execute for a *Cheeks* submission.

Application granted. The parties shall submit their *Cheeks* submission within thirty days.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiffs*

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: March 3, 2022