# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | | |
|---|---|---|
| 30-97 Steinway Street.<br>Suite 301-A<br>Astoria, NY 11103 | | Telephone: (347) 687-2019<br>cmulhollandesq@gmail.com |



April 4th, 2022

Honorable Andrew L. Carter, Jr.
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Garcia et al v. PG Hospitality Inc. et al., 21-cv-7968

Your Honor,

This case arises under the FLSA and thus requires fairness review upon settlement. The parties have a draft agreement in circulation; however, further discussions with the clients are required regarding some of the proposed terms. Also, the parties would need more time to obtain all of the necessary signatures.

If the Court would so permit, the parties would respectfully request that the Court allow the parties to submit their agreement on or before May 4th, 2022.

The parties thank the Court for its attention and patience with this matter.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiffs*

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4/5/22