# Law Offices of Colin Mulholland

Employment and Civil Litigation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/5/22__

30-97 Steinway Street.             Telephone: (347) 687-2019
Suite 301-A             cmulhollandesq@gmail.com
Astoria, NY 11103

May 4th, 2022

Honorable Andrew L. Carter, Jr.
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Garcia et al v. PG Hospitality Inc. et al., 21-cv-7968

Your Honor,

    This case arises under the FLSA and thus requires fairness review upon settlement. The parties have a final agreement in circulation for execution. However, it has been more difficult than expected to secure all the necessary signatures due to everyone's competing work schedules..

    If the Court would so permit, the parties would respectfully request that the Court allow the parties to submit their agreement on or before May 27th, 2022.

    This is the second request for an extension.

    The parties thank the Court for its attention and patience with this matter.

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
5/5/22

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiffs*