# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | | |
|---|---|---|
| 30-97 Steinway Street.<br>Suite 301-A<br>Astoria, NY 11103 | | Telephone: (347) 687-2019<br>cmulhollandesq@gmail.com |



May 27th, 2022

Honorable Andrew L. Carter, Jr.
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Garcia et al v. PG Hospitality Inc. et al., 21-cv-7968

Your Honor,

This case arises under the FLSA and thus requires fairness review upon settlement.

We have a final agreement executed. However, there are some related ancillary forms that need to be executed such as tax forms and a stipulation of dismissal.

If the Court would so permit, the parties would respectfully request that the Court allow the parties to submit their fairness motion shortly after this holiday weekend on or before June 3rd, 2022.

The parties thank the Court for its attention and patience with this matter.

**Application granted. This is the last extension**.

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**5/31/22**

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiffs*